

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-13-00962-CV

BOSHENG WEN, Appellant

V.

STEWART LIN, Appellee

Appeal from the 234th District of Harris County.   (Tr. Ct. No. 2013-28916).

**TO THE 234TH DISTRICT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 23rd day of December 2014, the case upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

This case is an appeal from the final judgment signed by the trial court on October 7, 2013.   After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.   Accordingly, the Court **affirms** the trial court's judgment.

The Court **orders** that the appellant, Bosheng Wen, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered December 23, 2014.

Panel consists of Justices Jennings, Sharp, and Massengale.
Opinion delivered by Justice Sharp.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

June 26, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

